THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILBERTO MELENDEZ

    Plaintiff,

v.                                    3:14-CV-1894
                                         (JUDGE MARIANI)

HAPPY TRAILS AND RIDING
CENTER, INC.

    Defendant.

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 19), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 19) is **DENIED**.

2. A telephone scheduling conference will be held on **Wednesday, October 5, 2016, at 4:00 p.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

                                                               Robert D. Mariani
                                                                United States District Judge